9, 1923. *Certiorari* denied by Supreme Court (making opinion final).
Mack, Garrett, Koepke & Lowes, for appellant. Charles E. Schiller,
for appellee; James E. McGrath, of counsel.
Mr. Presiding Justice Thomson delivered the opinion of the court.

**Morris R. Balch, appellee, v. B. A. Apeland, trading as Woodlawn
Motor Car Sales and Service Company, appellant. Gen. No. 27,604.**
Suit for return of money paid by plaintiff while he was a minor
on account of two automobiles, he having disaffirmed the agreement
after he became 21 years of age. Judgment for plaintiff. Appeal
from the County Court of Cook county; the Hon. Frank S. Rig-
heimer, Judge, presiding. Heard in the third division of this court
for the first district at the March term, 1922. Affirmed. Opinion
filed May 9, 1923.
Luther D. Swanstrom and Claude J. Dalenberg, for appellant.
William J. Pringle, Edwin Terwilliger, Jr. and Henry E. Pieruccini,
for appellee.
Mr. Justice O'Connor delivered the opinion of the court.

**Fred A. Lohn, appellee, v. J. A. Foberg, appellant. Gen. No. 27,690.**
Action for personal injuries through being struck by automobile.
Judgment for plaintiff. Appeal from the Circuit Court of Cook
county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the
third division of this court for the first district at the March term,
1922. Reversed and remanded. Opinion filed May 9, 1923.
William J. Dillon, for appellant. Short, Davies & Rust, for appel-
lee; E. C. Reniff, of counsel.
Mr. Justice O'Connor delivered the opinion of the court.

**Benjamin F. Turner, appellee, v. Henry E. Hedberg and James E.
Bistor, trading as Hedberg & Bistor, appellants. Gen. No. 27,727.**
Suit for money claimed for obtaining purchaser for hotel building.
Judgment for plaintiff. Appeal from the Municipal Court of Chi-
cago; the Hon. Wells M. Cook, Judge, presiding. Heard in the third
division of this court for the first district at the March term, 1922.
Affirmed. Opinion filed May 9, 1923. *Certiorari* denied by Supreme
Court (making opinion final).
Francis E. Hinckley, for appellants; Herbert C. Strauschild, of
counsel. Louis A. Heile, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.

**Universal Automotive Supply Co., appellee, v. Charles L. Metty
et al., on appeal of Frank W. Steele, appellant. Gen. No. 27,751.**
Action of attachment. Writ served on defendants and on gar-
nishee. Judgment by default against defendants, and conditional
judgment against garnishee. *Scire facias* against garnishee. Judg-
ment against garnishee. Appeal from the Municipal Court of Chi-
cago; the Hon. George B. Holmes, Judge, presiding. Heard in the
third division of this court for the first district at the March term,
1922. Affirmed. Opinion filed May 9, 1923.
A. J. Deutschman, for appellant. Fred L. Steers, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.